**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-80517-BLOOM**

LEE MITCHELL JOHNSON,

    Plaintiff,

v.

LT. CASTILLO, *et al.*,

    Defendants.

_____/

**ORDER TO U.S. MARSHAL DIRECTING PERSONAL SERVICE**
**UPON DEFENDANTS LT. CASTILLO AND CERT. DEPUTY MICHAELS**

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. Plaintiff Lee Mitchell Johnson has filed a *pro se* civil rights complaint alleging violations of his constitutional rights arising from his confinement at West Detention Center at the Palm Beach County Jail. ECF No. [6].

The Eleventh Circuit Court of Appeals held that *pro se* prisoners proceeding *in forma pauperis* ("IFP") should be assisted in serving prison employees. *See Richardson v. Johnson*, 598 F.3d 734, 739 (11th Cir. 2010). In so ruling, the Eleventh Circuit determined that an IFP litigant is allowed "to rely on the court officers and United States Marshal to effect proper service, and should not be penalized for failure to effect service where such failure is not due to fault on the litigant's part." *Fowler v. Jones*, 899 F.2d 1088, 1095 (11th Cir. 1990); *Richardson*, 598 F.3d at 738-39; *Rance v. Rocksolid Granit USA, Inc.*, 583 F.3d 1284, 1288 (11th Cir. 2009).

Plaintiff has assisted the Court by identifying each named defendant and their respective titles for purposes of service, and as such, Plaintiff has not been dilatory in identifying information

Case No. 21-cv-80517-BLOOM

to perfect service. *See Richardson*, 598 F.3d at 739 (quoting *Sellers v. United States*, 902 F.2d 598, 602 (7th Cir. 1990)). Plaintiff has provided the last name, position, and spelling of the Defendants,[1] including a time period regarding the alleged violations of his constitutional rights.

The Eleventh Circuit has placed the burden on court officers and the United States Marshal to obtain information necessary to effect service of process when Plaintiff is proceeding IFP. *See Richardson*, 598 F.3d at 738-39. Thus, Federal Rule of Civil Procedure 4(e) provides that service shall be effectuated as follows:

> (e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
>
>     (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
>
>     (2) doing any of the following:
>
>         (A) delivering a copy of the summons and of the complaint to the individual personally;
>
>         (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
>
>         (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Because Plaintiff has been permitted to proceed IFP, *see* ECF No. [5], he is entitled to service of process at public expense.

---

[1] Plaintiff concedes he is "not sure" of the spelling of Defendant Lt. Castillo's last name, but Plaintiff provides that Lt. Castillo was working the "C-Shift" as a corrections officer with the Palm Beach Sheriff's Office at the West Detention Center on February 2, 2021. ECF No. [1] at 2, 6.

Case No. 21-cv-80517-BLOOM

It is therefore **ORDERED AND ADJUDGED** that the United States Marshal shall serve a copy of the Complaint, ECF No. [1], and the Screening Order, ECF No. [6], upon the Defendants, both of whom were working at the Palm Beach County Jail's West Detention Center on or about February 2, 2021, as follows:

**Lt. Castillo**
Palm Beach County Sheriff's Office
38811 James Wheeler Way
Belle Glade, FL 33430

**Cert. Deputy Michaels**
Palm Beach County Sheriff's Office
38811 James Wheeler Way
Belle Glade, FL 33430

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 16, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Lee Mitchell Johnson, *Pro Se*
#0384240
West Detention Center
Inmate Mail/Parcels
P.O. Box
Belle Glade, FL 33430